176 So. 475

## Alice MURPHY et al. v. STATE.

### 8 Div. 815.

Supreme Court of Alabama.

Oct. 14, 1937.

A. A. Carmichael, Atty. Gen., and Clarence M. Small, Asst. Atty. Gen., for the State.

Murphy & Pounders, of Florence, opposed.

BROWN, Justice.

The writ is denied on the authority of Williams v. State, ante, p. 622, 176 So. 472, this day decided. See, also, Wilson v. Cowart, 232 Ala. 170, 167 So. 604; Box v. Metropolitan Life Ins. Co., 232 Ala. 447, 168 So. 220.

Writ denied.

ANDERSON, C. J., and THOMAS and KNIGHT, JJ., concur.